**THORNDAL ARMSTRONG DELK**
**BALKENBUSH & EISINGER**
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Physical Address:
1100 E. Bridger Ave.
Las Vegas, Nevada 89101
Mailing Address:
P.O. Drawer 2070
Las Vegas, Nevada  89125-2070
Tel:   (702) 366-0622
Fax:  (702) 366-0327
Email:  mlowry@thorndal.com
Attorneys for Dolgen Midwest, LLC

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SYLVIA TORRES,<br><br>              Plaintiff,<br><br>vs.<br><br>DOLGEN MIDWEST, INC, a foreign corporation; dba Dollar General; DOES 1-100 and ROE BUSINESS ENTITIES 1-100, inclusive,<br><br>              Defendants. | Case No.:  2:15-cv-00283-JCM-NJK<br><br>**STIPULATION TO DISMISS** |

The parties to dismiss 2:15-cv-00283, with prejudice.  The parties will bear their own fees and costs.  No trial date was scheduled.

| THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER, P.C. | SPRENZ LAW |
|---|---|
| */s/ Michael P. Lowry*<br>_____<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>P.O. Drawer 2070<br>Las Vegas, NV 89125-2070<br>Attorneys for Dolgen Midwest, LLC | */s/ Kevin A. Sprenz*<br>_____<br>Kevin A. Sprenz, Esq.<br>Nevada Bar No. 7924<br>9960 W. Cheyenne Ave., Suite 170<br>Las Vegas, NV  89129<br>Attorneys for Sylvia Torres |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 6, 2015.

-1-